

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ERIBERTO LOPEZ, | § | No. 08-21-00041-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Reagan County, Texas |
| Appellee. | § | (TC# 01993) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Eriberto Lopez has filed a motion to voluntarily dismiss his appeal. The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases).

April 26, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

(Do Not Publish)